UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANNA HALL<br>Plaintiff, | * <br> * CIVIL ACTION NO.<br> * |
| VERSUS | * SECTION<br> * |
| KENNY HABUL<br>Defendant. | * JUDGE<br> * <br> * MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

Defendant, Kenny Habul ("Habul"), files this Notice of Removal containing a short and plain statement of the grounds for removal as required by 28 U.S.C. § 1441 and 1446, and states:

1. Habul is the Defendant in an action filed in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, styled *Janna Hall v. Kenny Habul*, Case Number C620967-Section 27 (the "Action"). Habul is an individual and resident of Iredell County, North Carolina.

2. On April 23, 2013, Plaintiff Janna Hall ("Hall") filed the Petition for Accounting in the Action against Habul. Plaintiff's Petition alleges a cause of action for accounting based on an alleged partnership and/or joint venture with Habul or, alternatively, based on loans she allegedly made Habul.

3. Habul was served with the Petition and Citation on May 22, 2013.

4. The deadline for Habul to file a responsive pleading has not lapsed.

5. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within the period of time for which Habul must respond to Hall's Petition.

6. Pursuant to 28 U.S.C. § 1332(a)(2), Habul has the right to remove the Action from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to the United States Court for the Middle District of Louisiana. Plaintiff is a citizen of the State of Louisiana and Defendant is a citizen of the country of Australia domiciled in the State of North Carolina. As set forth in the Petition, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Pursuant to the provisions of 28 U.S.C. §1446, Habul attaches hereto (as <u>Exhibit A</u>) a copy of the entire 19th Judicial District Court suit record, which comprise all process, pleadings, papers and orders, if any, now on file with the state court both filed by and served upon Habul.

8. By reason of the foregoing, Habul hereby removes this action from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

9. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

10. A true copy of this Notice will be filed with the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, as provided by law.

WHEREFORE, Defendant Habul prays that the action be removed to this Court and that this Court accept jurisdiction of the action and henceforth that the action be placed on the docket of this Court for further proceedings, the same as though the action had originally been instituted in this Court.

This 21st of June, 2013.

                                s/ Michael W. McKay
Michael W. McKay, La Bar # 09362
**STONE PIGMAN WALTHER WITTMANN LLC**
One American Place, Suite 1150
301 Main Street
Baton Rouge, Louisiana 70825
Telephone: (225) 490-5811
Facsimile: (225) 490-5860
mmckay@stonepigman.com

*Attorneys for Defendant Kenny Habul*

Of Counsel:

Douglas M. Jarrell, Esq.
N.C. State Bar No. 21138
E-mail: djarrell@rbh.com
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, N.C. 28246-1900
Telephone: (704) 377-8309
Facsimile: (704) 373-3909

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed today with the Clerk of the Court by using CM/ECF system, and the foregoing was additionally served on Plaintiff's counsel via U.S. First Class mail as follows:

Van R. Mayhall, Jr.
Jude C. Bursavich
Sunny Mayhall Delacrois
Breazeale, Sachse & Wilson, LLP
301 Main Street, Suite 2300
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197

*Attorneys for Plaintiff*


This 21st day of June, 2013.

/s/ Michael W. McKay
Michael W. McKay