**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

MICHELE B. MAYEUX
*Tax Assistant*
mayeuxm@bswllp.com

DIRECT DIAL: 225-376-3620
CORPORATE PHONE: 225-387-4000
FAX: 225-387-5397
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197

www.bswllp.com

April 23 2013

Clerk of Court                                via hand delivery
19th Judicial District Court
Parish of East Baton Rouge
222 St. Louis Street
Baton Rouge, LA  70802

Re:   Janna Hall v. Kenny Habul

Dear Sir or Madam:

Please file the enclosed Petition for Accounting and provide us with a return stamped copy. We have also enclosed an extra copy for the long arm service stated thereon. Please issue the long arm citation and return them to us for service. We have enclosed a check for the filing fees and a return envelope.

Thank you for your assistance.

Very truly yours,

BREAZEALE, SACHSE & WILSON, LLP

*Michele B. Mayeux*
Michele B. Mayeux
Tax Assistant

/mm
Enclosures

EBR1782779

REC'D C.P.
APR 24 2013

BATON ROUGE • NEW ORLEANS • COVINGTON

1094204.1



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

VAN R. MAYHALL, JR.
*Partner*
van.mayhall.jr@bswlp.com

DIRECT DIAL: (225) 381-8009
CORPORATE PHONE: (225) 387-4000
FAX (225) 387-5397
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70821-3197

www.bswlp.com

October 26, 2012

<u>**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**</u>

Mr. Kenny C. Habul
192 Raceway Drive
Mooresville, NC 28117

    Re:  Janna Hall

Dear Mr. Habul:

    We are attorneys representing Ms. Janna Hall. She has provided to us certain correspondence, including your email of October 1, 2012. Since you have offered to provide an accounting to Ms. Hall concerning her loans to or investments with you and your various enterprises, we request the following:

    A. You speak of a spreadsheet that sets forth what we believe to be the sources and uses of funds relative to Ms. Hall. Please forward that to us as soon as possible.

    B. Please provide us with your understanding of the interests that you hold in common with Ms. Hall. We would like to know specifically what investments you feel she has an interest in, the value of those investments, any debt to which those investments are subject, and the prospects for these investments. Please provide all documentary evidence of these investments.

    C. Please provide us with the amounts and timing of any loans made by Ms. Hall to you or your various enterprises, along with any repayments which you or your various enterprises have made.

    With this information, we believe that a proper accounting can begin for the funds that have been made available to you and your enterprises by Ms. Hall over the years. We would appreciate receiving this information as soon as possible, but, in no event, no later than November 15, 2012.





EXHIBIT A

BATON ROUGE    ■    NEW ORLEANS    ■    COVINGTON

With kindest regards, I remain

Yours very truly,

BREAZEALE, SACHSE & WILSON, L.L.P.

Van R. Mayhall, Jr.

VRM:laf

cc:   Ms. Janna Hall

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 10/26/12

Sent To: Kenny C. Habul
Street, Apt. No.; or PO Box No.: 192 Raceway Dr
City, State, ZIP+4: Mooresville, NC 28117

7012 1640 0000 3971 4599

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenny C. Habul
192 Raceway Dr
Mooresville, NC
28117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Carly Jackson
C. Date of Delivery: 10/29/12

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0000 3971 4599

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| JANNA HALL<br>(Plaintiff) | NUMBER C620967 SECTION 27 |
| | 19th JUDICIAL DISTRICT COURT |
| vs. | PARISH OF EAST BATON ROUGE |
| KENNY HABUL<br>(Defendant) | STATE OF LOUISIANA |

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO: KENNY HABUL

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 07-MAY-2013.

*[signature]*
*Deputy Clerk of Court for*
Doug Welborn, Clerk of Court

Requesting Attorney: SUNNY MAYHALL DELACROIX

*Also attached are the following documents:
PETITION FOR ACCOUNTING



CITATION-LONG ARM- 2412

EBR1728487

JANNA HALL       *     NUMBER: 620967 SECTION "27"

VERSUS       *     19TH JUDICIAL DISTRICT COURT

      *     PARISH OF EAST BATON ROUGE

KENNY HABUL       *     STATE OF LOUISIANA

POSTED MAY 29 2013

COST OK $ _____

MAY 28 2013

DEPUTY CLERK OF COURT

## AFFIDAVIT OF SERVICE UNDER LONG ARM STATUTE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

MICHELE MAYEUX

who after being duly sworn, did state that she is a Paralegal with the law firm of Breazeale, Sachse & Wilson, L.L.P., 23rd Floor, One American Place, Post Office Box 3197, Baton Rouge, Louisiana 70821, attorneys for **Janna Hall**. That on May 22, 2013, she served, pursuant to Louisiana Long Arm Statute, La. R.S. 13:3201, a certified copy of the Suit for Accounting, along with Exhibit "A", the Formal Demand Letter, by mailing said certified copy, postage prepaid by certified mail, number 70121640000039707096, return receipt requested to:

Kenny Habul
192 Raceway Drive
Mooresville, NC 28117

Affiant further shows that service to Kenny Habul was perfected, as shown on the receipt returned by the Post Office confirming that the documents were received by Catherine Lambert, agent, on May 22, 2013. The original return receipt is attached hereto and made a part hereof.

_____
MICHELE MAYEUX

SWORN TO AND SUBSCRIBED, before me, this 28th day of May, 2013.

_____
NOTARY PUBLIC
Printed Name: Sunny Mayhall, Bar Roll No. 33968
My Commission Expires: At Death

1089702.1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): Catherine Lambert
C. Date of Delivery

1. Article Addressed to:

Mr Kenny Habul
192 Raceway Dr.
Mooresville, NC
28117

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: NORTH LAKE STATION POST OFFICE, MOORESVILLE NC 28117, MAY 22 2013]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0000 3970 7096

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Kenny Habul
Street, Apt. No.; or PO Box No.: 192 Raceway Dr.
City, State, ZIP+4: Mooresville, NC 28117

7012 1640 0000 3970 7096

PS Form 3800, August 2006  See Reverse for Instructions

| | |
|---|---|
| JANNA HALL | NUMBER: 620967  SECTION "C, 27" |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| KENNY HABUL | STATE OF LOUISIANA |

COST OK $ 470.00
APR 23 2013
DEPUTY CLERK OF COURT

### PETITION FOR ACCOUNTING

TO THE HONORABLES, THE JUDGES OF THE NINETEENTH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes Janna Hall (hereinafter "Petitioner"), an individual of the full age of majority, domiciled in the Parish of East Baton Rouge, Louisiana, who respectfully represents as follows:

1.

Made defendant herein is:

Kenny Habul (hereinafter "Defendant"), an individual of the full age of majority, domiciled in the County of Iredell, North Carolina, and subject to the long arm jurisdiction of this Court.

2.

Pursuant to La. Rev. Stat. Ann. § 13:3201, this court has jurisdiction over Defendant as he has transacted business within the State of Louisiana and has sufficient minimum contacts with the forum so that this Court's exercise of jurisdiction over him will not offend traditional notions of fair play and substantial justice.

3.

Venue is proper herein pursuant to La. Rev. Stat. Ann. § 13:3203 since "[a] suit on a cause of action described in R.S. 13:3201 [Personal jurisdiction over nonresidents] may be instituted in the parish where the plaintiff is domiciled, or in any parish of proper venue." La. Rev. Stat. Ann. § 13:3203.

4.

Beginning in 2002, Petitioner and Defendant entered into a bi-continent real estate development partnership and/or joint venture.



1

REC'D C.P.
APR 24 2013

5.

Together, Petitioner and the Defendant purchased lots in Sanctuary Cove, Australia and, thereon, constructed homes for resale. They also purchased land in the area around Lake Norman, North Carolina for the construction of environmentally green facilities and a retirement community.

6.

This partnership and/or joint venture continued until 2012.

7.

Over the course of their partnership and/or joint venture, Petitioner advanced to or for the benefit of Defendant substantial sums of money. In fact, her advances to Defendant totaled as much as $1,963,000.

8.

For the first Sanctuary Cove lot development, Petitioner advanced to or for the benefit of Defendant as much as $258,100. She also incurred indebtedness in the form of a building loan to or for the benefit of Defendant in the amount of $480,000.

9.

For the second Sanctuary Cove lot development, Petitioner advanced to or for the benefit of Defendant as much as $267,133.

10.

For the development and operation of environmentally green facilities and a retirement community on Lake Norman, North Carolina, Petitioner advanced to or for the benefit of Defendant as much as $441,778. Additionally, Defendant utilized Petitioner's construction loan in the amount of approximately $336,968 for the purchase of a lot for an environmentally green facility that was actually intended for the building of Petitioner's personal home in North Carolina.

11.

In furtherance of their partnership and/or joint venture, Petitioner purchased land in Mooresville, North Carolina for the construction of her personal home as Petitioner and Defendant had decided that, upon completion of the Lake Norman Retirement Community, Petitioner would live near the facility and manage its daily operations. While Petitioner paid

approximately $655,000 for the land, a current contract for the purchase of this property is for a substantially reduced amount; Petitioner estimates her losses to be as much as $250,000.

12.

Over the course of their partnership and/or joint venture, Petitioner also advanced sums to or for the benefit of Defendant's personal use. This amount is approximately $180,000.

13.

In pursuit of their bi-continent enterprises, Petitioner incurred substantial travel expenses, up to the amount of $21,000.

14.

To date, Petitioner has received approximately $662,080 from Defendant. This amount includes 50% of the profits realized from only one of their Sanctuary Cove developments, reimbursement for the Defendant's use of funds designated by Petitioner for her tax indebtedness, and a small repayment of one personal loan made to the Defendant. Defendant also made several loan payments on the construction loan that was intended for the building of Petitioner's personal home in North Carolina but that was actually utilized by Defendant so that one of his enterprises could purchase a lot for an environmentally green facility.

15.

As partners and/or joint venturers in these real estate developments, Petitioner avers that Defendant owed to her fiduciary duties to manage properly and account for funds, and that she is entitled to a full accounting from Defendant of the sources and uses of funds relative to her interests held in common by Petitioner and Defendant and amounts of loans made by Petitioner to the Defendant and their shared enterprises.

16.

On October 26, 2012, Petitioner, through undersigned counsel, sent a formal demand letter to Defendant via certified mail (specifically, to 192 Raceway Drive, Mooresville, NC 28117), requesting this accounting. A copy of this October 26, 2012, demand letter, together with a copy of its corresponding, signed certified return receipt, is collectively attached hereto and made a part hereof as "Exhibit A".

17.

Defendant responded to Petitioner via email. However, his response was not a complete accounting of the requested items.

18.

Alternatively, and not in lieu of the foregoing, should this Court find that no partnership or joint venture existed between Petitioner and Defendant, Petitioner avers that the funds she advanced to Defendant were loans, and as such, that she is entitled to repayment with interest.

WHEREFORE, Janna Hall, Petitioner herein, respectfully prays that the named Defendant herein, Kenny Habul, be served with and cited to respond to this Petition for Accounting, and that after all due proceedings are had, judgment be rendered in her favor, which orders the Defendant to render a detailed accounting of the following:

1. Sources and uses of the funds advanced by Petitioner for the years 2002-2012;

2. Interests held in common by Petitioner and Defendant for the years 2002-2012; specifically the investments in which she has an interest, the value of those investments, any debt to which those investments are subject, and the current status and prospects of those investments;

3. Amounts and timing of any loans made by Petitioner to Defendant and their enterprises, along with any repayments which Defendant or his enterprises may have made; and

4. All other just, legal, general and equitable relief that this Court may deem proper in accordance with Louisiana law.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, LLP
301 Main St., Suite 2300
P.O. Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile: (225) 387-5397

_____
Van R. Mayhall, Jr. (#9183)
Julie C. Bursavich (#19303)
Sunny Mayhall Delacroix (#33968)
Attorneys for Petitioner, Janna Hall

PLEASE SERVE:

KENNY HABUL
Via the Louisiana Long Arm Statute, La. Rev. Stat. Ann. § 13:3201, et seq.
192 Raceway Drive
Mooresville, NC 28117

4