IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANNA HALL,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>KENNY HABUL,<br><br>　　　　　Defendant | CIVIL ACTION NO. 3:13-CV-00406<br><br>JUDGE  SDD<br><br>MAGISTRATE  RLB |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. Pro. 12(b)(2), Defendant Kenny Habul hereby moves to dismiss this action on the basis that the Court lacks personal jurisdiction over him. In support of this Motion, Defendant submits the declaration of Kenny Habul and a legal memorandum.

**WHEREFORE,** Defendant requests that the Court enter an Order as follows:

(i)　　Dismissing this action; and

(ii)　　Awarding Defendant such other and further relief as may be just and proper.

This 28th day of June, 2013.

　　　　　　　　　　　　　　　　　　　/s/ Michael W. McKay
　　　　　　　　　　　　　　　　　　　Michael W. McKay, Bar No. 09362
　　　　　　　　　　　　　　　　　　　**STONE PIGMAN WALTHER**
　　　　　　　　　　　　　　　　　　　**WITTMANN LLC**
　　　　　　　　　　　　　　　　　　　One American Place, Suite 1150, 301 Main
　　　　　　　　　　　　　　　　　　　Baton Rouge, Louisiana  70825
　　　　　　　　　　　　　　　　　　　Telephone:  (225) 490-5811
　　　　　　　　　　　　　　　　　　　Facsimile:  (225) 490-5860
　　　　　　　　　　　　　　　　　　　mmckay@stonepigman.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Kenny Habul*

Of Counsel:

Douglas M. Jarrell, Esq.
N.C. State Bar No. 21138
E-mail: djarrell@rbh.com
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, N.C. 28246-1900
Telephone: (704) 377-8309
Facsimile: (704) 373-3909

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed today with the Clerk of the Court by using CM/ECF system, and the foregoing was additionally served on Plaintiff's counsel via email as follows:

>Van R. Mayhall, Jr., vrmayhall@bswllp.com
>Jude C. Bursavich, jcb@bswllp.com
>Sunny Mayhall Delacrois, smd@bswllp.com
>Breazeale, Sachse & Wilson, LLP
>301 Main Street, Suite 2300
>P.O. Box 3197
>Baton Rouge, Louisiana 70821-3197
>
>*Attorneys for Plaintiff*

This 28th day of June, 2013.

>/s/ Michael W. McKay
>Michael W. McKay

3188986