UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| JANNA HALL | § | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | § § § | NUMBER 3:13-CV-00406-SDD-RLB |
| KENNY HABUL | § | |

## CONSENT MOTION FOR LEAVE TO FILE SUBSTITUTE AFFIDAVIT OF SETTLEMENT EFFORTS

MAY IT PLEASE THE COURT:

NOW COMES Plaintiff, Janna Hall ("Ms. Hall"), who hereby respectfully moves this Honorable Court for leave to substitute the attached executed, properly formatted Affidavit of Settlement Efforts in place of the Affidavit of Settlement Efforts filed February 23, 2015 at Rec.Doc. 83.

Undersigned counsel contacted Defendant's counsel, Doug Jarrell, and Defendant's counsel indicated he consents to the filing of this Motion and consents to the substitution of the Affidavit of Settlement Efforts attached hereto in place of the Affidavit of Settlement Efforts filed February 23, 2015 at Rec.Doc. 83.

WHEREFORE, Ms. Hall respectfully prays for an order granting the Consent Motion for Leave to File Substitute Affidavit of Settlement Efforts and allowing the Clerk of Court to substitute, and file into the Court's record, the attached Affidavit of Settlement Efforts.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, LLP**
301 Main St., Suite 2300
P.O. Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile: (225) 387-5397

*/s/ Van R. Mayhall, Jr.*
Van R. Mayhall, Jr. (#9183)
Jude C. Bursavich, T.A. (#19303)
Sunny Mayhall (#33968)
Attorneys for Plaintiff, Janna Hall

1251982.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NUMBER 3:13-CV-00406-SDD-RLB |
| | § | |
| KENNY HABUL | § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the above and foregoing Consent Motion for Leave to File Substitute Affidavit of Settlement Efforts has on this date been filed electronically with the Clerk of this Court through the operation of this Court's CM/ECF electronic-filing system, and in conjunction therewith, the Court's CM/ECF system will automatically send notice thereof to all counsel of record and to all other CM/ECF participants.

Baton Rouge, Louisiana, this 24rd day of February, 2015.

/s/ Van R. Mayhall, Jr.
Van R. Mayhall, Jr. (#9183)

1251982.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NUMBER 3:13-CV-00406-SDD-RLB |
| | § | |
| KENNY HABUL | § | |

### LOCAL RULE 7.3.1 CERTIFICATE

Pursuant to Local Rule 7.3.1, prior to the filing of this Consent Motion for Leave to File Substitute Affidavit of Settlement Efforts, undersigned counsel contacted counsel for Defendant, Kenny Habul, who consents to the filing of this Motion and consents to the substitution of the attached Affidavit of Settlement Efforts in place of the Affidavit of Settlement Efforts filed at Rec.Doc. 83.

                  */s/ Van R. Mayhall, Jr.*
                  Van R. Mayhall, Jr. (#9183)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NUMBER 3:13-CV-00406-SDD-RLB |
| | § | |
| KENNY HABUL | § | |

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Substitute Affidavit of Settlement Efforts:

IT IS HEREBY ORDERED that Plaintiff's, Janna Hall, Consent Motion for Leave to File Substitute Affidavit of Settlement Efforts is granted and the Clerk of Court is ordered to substitute, and file into the Court's record, the executed, properly formatted Affidavit of Settlement Efforts in place of the Affidavit of Settlement Efforts filed at Rec.Doc. 83 on February 23, 2015.

THUS DONE AND SIGNED in Baton Rouge, Louisiana, this ___ day of _____, 2015.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1251982.1