UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| vs. | § | NUMBER 3:13-CV-00406-SDD-RLB |
| | § | |
| KENNY HABUL | § | |

## AFFIDAVIT OF SETTLEMENT EFFORTS

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**VAN R. MAYHALL, JR.**

a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana, who, after being first duly sworn, testified upon personal knowledge as follows:

1. He is counsel for Plaintiff, Janna Hall, in the above-captioned suit.

2. This affidavit is submitted pursuant to the Court's Scheduling Order issued December 5, 2013. [Rec.Doc. 33].

3. As set forth in the Joint Status Report filed with the Court [Rec.Doc. 80-1], the parties have had limited communications regarding a potential settlement.

4. On July 25, 2014, at defense counsel's request, Mr. Mayhall submitted a term sheet to defense counsel for the purpose of entering good faith settlement negotiations.

1251950.1

5. There were no further discussions regarding settlement at that time as the parties were engaged in briefing and discovery relating to Plaintiff's Motion for Partial Summary Judgment [Rec.Doc. 49] and Defendant's Motion for Partial Summary Judgment [Rec.Doc. 63].

6. As set forth in the Joint Status Report filed with the Court [Rec.Doc. 80-1], the parties would like to engage in a settlement conference.

_____
VAN R. MAYHALL, JR.

SWORN TO AND SUBSCRIBED before me this 24th day of February, 2015.

_____
NOTARY PUBLIC

Sunny Mayhall, Notary Public
Louisiana Attorney Bar Roll #33968
Notary Public ID #132758

1251950.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NUMBER 3:13-CV-00406–SDD-RLB |
| | § | |
| KENNY HABUL | § | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the above and foregoing Affidavit of Settlement Efforts has on this date been filed electronically with the Clerk of this Court through the operation of this Court's CM/ECF electronic-filing system, and in conjunction therewith, the Court's CM/ECF system will automatically send notice thereof to all counsel of record and to all other CM/ECF participants.

Baton Rouge, Louisiana, this 24th day of February, 2015.

*/s/ Van R. Mayhall, Jr.*
Van R. Mayhall, Jr. (#9183)

1251950.1