UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NUMBER 3:13-CV-00406-SDD-RLB |
| | § | |
| KENNY HABUL | | |

## JOINT NOTICE OF SETTLEMENT

**NOW COME**, through undersigned counsel, Plaintiff Janna Hall and Defendant Kenny Habul (collectively, the "Parties"), who, respectfully notice the Court that the parties have tentatively settled the captioned matter, which is scheduled for trial before Judge Shelly Dick on Monday, August 31, 2015. Presently, the Parties are in the process of working through the settlement documents.

Respectfully submitted,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
301 Main Street
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 387-4000
Telecopier: (225) 381-8029

*s/ Jude C. Bursavich*
Van R. Mayhall, Jr. (#9183)
Jude C. Bursavich (#19303)
Sunny Mayhall West (#33968)
Attorneys for Plaintiff, Janna Hall

1303859.1

**ROBINSON, BRADSHAW & HINSON**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
*Admitted pro hac vice*

*s/Douglas M. Jarrell*_____
Douglas M. Jarrell
djarrell@rbh.com
Heyward H. Bouknight
hbouknight@rbh.com

**STONE, PIGMAN, WALTHER, WITTMANN LLC**
One American Place, Suite 1150
310 Main Street
Baton Rouge, Louisiana 70825
Telephone: (225) 490-5811
Facsimile: (225) 490-5860

*s/ Michael W. McKay*_____
Michael W. McKay
mmckay@stonepigman.com
Attorneys for Defendant Kenny Habul

1303859.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNA HALL | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NUMBER 3:13-CV-00406-SDD-RLB |
| | § | |
| KENNY HABUL | | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Joint Notice of Settlement* has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 27th day of August, 2015.

*s/ Jude C. Bursavich*_____
Jude C. Bursavich (#19303)

1303859.1