UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANNA HALL | CIVIL ACTION NO. 3:13-cv-00406 |
| v. | JUDGE SHELLY D. DICK |
| KENNY HABUL | MAG. JUDGE R.L. BOURGEOIS, JR. |

### ORDER

**CONSIDERING** the *Stipulation of Dismissal*[1] filed by the Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that all claims in this action are dismissed with prejudice and each party to bear their own costs.

Signed in Baton Rouge, Louisiana on October 26, 2015.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 127.